IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Boards of Trustees of Ohio,  :
Fringe Benefit Programs,
    Plaintiffs,  :

  v.  :    Case No. 2:10-cv-654

Anderson Masonry, Inc.,  :    JUDGE MARBLEY

    Defendant.  :

ORDER

    Plaintiffs filed this action under 29 U.S.C. §1132(g) seeking recovery of unpaid fringe benefit contributions, interest, liquidated damages, and attorneys' fees. Defendant was properly served and failed to answer. The Clerk has entered defendant's default. Plaintiff has now moved for a default judgment.

    The motion for default judgment is adequately supported by affidavits indicating the amount currently owed for liquidated damages and interest. The request for attorneys' fees is also adequately supported and the Court finds both the hourly rate and the number of hours expended to be reasonable. The Court therefore **GRANTS** the motion (#8). The Clerk is directed to enter judgment in favor of plaintiffs in the amount of $5,228.92 as liquidated damages and interest, plus $1,505.00 as reasonable attorneys' fees, for a total of $6,733.92. The judgment shall bear interest at the rate of 1% per month until satisfied. Plaintiff is also awarded costs of $350.00. This case is **TERMINATED.**

                                                  S/Algenon L. Marbley
                                                  Algenon L. Marbley
                                                  United States District Judge