**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Boards of Trustees of Ohio, Fringe Benefit Programs, | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 2:10-cv-654 |
| Anderson Masonry, Inc., | : | JUDGE MARBLEY |
| Defendant. | : | |

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the November 18, 2010 Order, Default Judgment is **GRANTED**. Judgment is entered in favor of plaintiffs in the amount of $5,228.92 as liquidated damages and interest, plus $1,505.00 as reasonable attorneys' fees, for a total of $6,733.92. The judgment shall bear interest at the rate of 1% per month until satisfied. Plaintiff is also awarded costs of $350.00.  This case is **TERMINATED.**

Date: **November 18, 2010**            James Bonini, Clerk


                                                        s/Betty L. Clark
                                                  Betty L. Clark/Deputy Clerk